No. 835. MUELLER COMPANY v. FEDERAL TRADE COMMISSION. C. A. 7th Cir. Certiorari denied. *Thomas R. McMillen* and *A. G. Webber III* for petitioner. *Solicitor General Cox, Assistant Attorney General Orrick, Robert B. Hummel, Irwin A. Seibel, James McI. Henderson* and *Alvin L. Berman* for respondent. 

No. 861. ENGELHARD INDUSTRIES, INC., v. RESEARCH INSTRUMENT CORP. C. A. 9th Cir. Certiorari denied. *Ralph B. Pastoriza* for petitioner. *Elwood S. Kendrick* for respondent. 

No. 870. BOEING COMPANY v. RENEGOTIATION BOARD OF THE UNITED STATES. C. A. 9th Cir. Certiorari denied. *David E. Wagoner* for petitioner. *Solicitor General Cox, Assistant Attorney General Douglas, Morton Hollander* and *David L. Rose* for respondent. 

No. 923. HOLLYWOOD BRANDS, INC., v. NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied. *Fred S. Ball, Jr.* for petitioner. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent. 

No. 924. BALDWIN BRACELET CORP. ET AL. v. FEDERAL TRADE COMMISSION. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Jacob A. Stein* for petitioners. *Solicitor General Cox, Assistant Attorney General Orrick, Robert B. Hummel, James McI. Henderson* and *J. Richard Carr* for respondent.